FILED
CLERK
1:07 pm, Jan 07, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

CONSISTENT INTERNATIONAL COMPANY, LTD.,

Plaintiff,

v.

RAY PADULA HOLDINGS, LLC,

Defendants.

------------------------------------------------------------------- x

CIVIL ACTION

Case No. 2:21-cv-04890

[PROPOSED]
**DEFAULT JUDGMENT**

This action having been commenced on August 30, 2021 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Ray Padula Holdings, LLC on September 9, 2021 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant in the amount stated in the amount $2,996,266, with interest accruing at a rate of 12% *per annum*, the contractually agreed upon rate, as of December 6, 2021.

Dated: January 7, 2022
Central Islip, New York

_____/s/ JMA_____
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE